IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND
Civil Division

PEARL DURHAM
1409 7th Street, NW
Apt. 309
Washington, D.C. 20001

    Plaintiff,

v.

MGM NATIONAL HARBOR, LLC      Case No.:
3905 Las Vegas Boulevard South
Las Vegas, NV 89119

  Serve: CSC-Lawyers Incorporating
     Service Company
     7 St. Paul Street, Suite 820
     Baltimore, MD 21202

    Defendant.

## COMPLAINT

Comes now Plaintiff Pearl Durham (hereafter, "Plaintiff"), by and through the undersigned counsel, and makes this Complaint against Defendant MGM National Harbor, LLC (hereafter, "Defendant"). In support thereof, Plaintiff states as follows:

### Parties

1. Plaintiff is an individual who resides at the above captioned address.

2. Defendant is a corporation doing business in the State of Maryland with a principle office located at 3905 Las Vegas Boulevard South, Las Vegas, NV 89119.

### Jurisdiction

3. This Court has subject matter jurisdiction over this action pursuant to § 1-501 of the Courts and Judicial Proceedings Article of the Maryland Code.

4. This Court has personal jurisdiction over Defendant pursuant § 6-103(b) (1-3) of the Courts and Judicial Proceedings Article of the Maryland Code in that Defendant transacts business in the State of Maryland, contracts to supply goods, food, services, or manufactured products in the State of Maryland, and/or caused tortious injury by an act or omission in the State of Maryland.

5. This Court is the proper venue for this matter pursuant to § 6-201(a) and § 6-202(8) of the Courts and Judicial Proceedings Article of the Maryland Code in that Defendant carries on a regular business in Prince George's County, Maryland and the cause of action arose in Prince George's County, Maryland.

### Factual Background

6. On or about April 3, 2017, Plaintiff was walking in the bathroom in the MGM National Harbor in Prince George's County, Maryland (hereafter, "the Premises").

7. At all times relevant to this Complaint, Defendant owned, operated, and/or was responsible for the maintenance and/or management of the Premises where Plaintiff was walking.

8. At approximately 2:30 p.m. on or about April 3, 2017, Plaintiff slipped and fell on a puddle of water on the floor of the bathroom in the Premises.

9. At all material times, Defendant knew or should have known that the puddle constituted a dangerous condition and failed to remedy or warn persons lawfully upon the premises such as Plaintiff of said condition.

10. The incident referenced herein was caused by the violations of law and negligence of Defendant. Defendant's negligence included, but was not limited to, failing to properly maintain the area where Plaintiff was injured, failing to properly inspect the Premises, failing to warn of a dangerous condition, failing to remedy a dangerous condition, and failing to exercise

ordinary and reasonable care under the circumstances. In violation of such duty, Defendant caused the incident as set forth herein

11. As a direct and proximate result of the incident, Plaintiff suffered bodily injuries that have caused, and will continue to cause, physical and mental pain and suffering for the rest of her life. Plaintiff has incurred, and will continue to incur, medical, therapeutic, and related expenses, including lost wages and property damage.

12. Plaintiff has complied with all conditions precedent in the filing of this Complaint.

### Claim for Relief – Negligence of Defendant:

13. Plaintiff restates and realleges each and every allegation set forth above as if fully set forth herein.

14. At all times mentioned herein, Defendant had a duty to keep the Premises reasonably safe and to avoid injuring persons lawfully upon the Premises. Defendant's negligence included, but was not limited to, failing to properly maintain the area where Plaintiff was injured, failing to properly inspect the Premises, failing to warn of a dangerous condition, failing to remedy a dangerous condition, and failing to exercise ordinary and reasonable care under the circumstances. In violation of such duty, Defendant caused the incident as set forth herein.

15. As a direct and proximate result of Defendant's negligence, Plaintiff suffered injuries and damages as set forth above.

16. The above injuries and damages were caused solely and proximately by Defendant, without any contributory negligence on the part of Plaintiff.

\* \* \*

**WHEREFORE**, Plaintiff respectfully requests judgment against Defendant in an amount to be determined at trial but believed to exceed seventy-five thousand dollars ($75,000.00) in

compensatory damages, plus costs of suit, pre and post judgment interest and such other and further relief as this Court deems just and proper.

## Jury Demand

Plaintiff, by and through the undersigned counsel and pursuant to Md. Rule § 2-325, hereby demand a trial by jury of all issues in this matter.

Dated: March 13, 2020                              RESPECTFULLY SUBMITTED,

_____
Michael C. Robinett, #011360
CPF# 0606130254
Joanne J. Lee, #13774
CPF# 1912180010
SIMEONE & MILLER, LLP
1130 Connecticut Avenue, N.W.
Suite 350
Washington, D.C. 20036
Phone: (202) 628-3050
Fax: (202) 466-1833
mrobinett@simeonemiller.com
jlee@simeonemiller.com
*Counsel for Plaintiff*

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
Civil Division

| | |
|---|---|
| PEARL DURHAM<br>1409 7th Street, NW<br>Apt. 309<br>Washington, D.C. 20001<br><br>        Plaintiff,<br><br>v.<br><br>MGM NATIONAL HARBOR, LLC<br>3905 Las Vegas Boulevard South<br>Las Vegas, NV 89119<br><br>    Serve: CSC-Lawyers Incorporating<br>           Service Company<br>           7 St. Paul Street, Suite 820<br>           Baltimore, MD 21202<br><br>        Defendant. | Case No.: |

### Rule 1-313 Certification

Pursuant to Maryland Rule 1-313, Michael C. Robinett, counsel to Plaintiff, hereby states he is admitted to practice law in the State of Maryland.

Dated: March 13, 2020

RESPECTFULLY SUBMITTED,

Michael C. Robinett, #011360
CPF# 0606130254
SIMEONE & MILLER, LLP
1130 Connecticut Avenue, N.W.
Suite 350
Washington, D.C. 20036
Phone: (202) 628-3050
Fax: (202) 466-1833
mrobinett@simeonemiller.com
*Counsel for Plaintiff*

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND
Civil Division

PEARL DURHAM
1409 7th Street, NW
Apt. 309
Washington, D.C. 20001

      Plaintiff,

v.

MGM NATIONAL HARBOR, LLC
3905 Las Vegas Boulevard South
Las Vegas, NV 89119

    Serve: CSC-Lawyers Incorporating
          Service Company
          7 St. Paul Street, Suite 820
          Baltimore, MD 21202

      Defendant.

Case No.:

### Rule 1-313 Certification

Pursuant to Maryland Rule 1-313, Joanne J. Lee, counsel to Plaintiff, hereby states she is admitted to practice law in the State of Maryland.

Dated: March 13, 2020

RESPECTFULLY SUBMITTED,

_____
Joanne J. Lee, #1301774
CPF# (1912) 80010
SIMEONE & MILLER, LLP
1130 Connecticut Avenue, N.W.
Suite 350
Washington, D.C. 20036
Phone: (202) 628-3050
Fax: (202) 466-1833
jlee@simeonemiller.com
*Counsel for Plaintiff*